UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-05961-CBM (AS) | Date | August 12, 2021 |
|---|---|---|---|
| Title | Mark Steven Sokolsky v. Unknown | | |

Present: The Honorable  Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**     **(IN CHAMBERS)**

On July 22, 2021, Mark Steven Sokolsky ("Petitioner"), located in the Department of State Hospitals-Coalinga in Coalinga, California and proceeding pro se, filed a "Verified Petition for Writ of Habeas Corpus" ("Petition"). (Dkt. No. 1). On July 30, 2021, the Court screened the Petition and found it deficient in the following respects:

(1) It is not clear whether Petitioner is attempting to file a Petition for Writ of Habeas Corpus by a Person in State Custody (pursuant to 28 U.S.C. § 2254) or some other pleading (i.e., a civil rights action pursuant to 42 U.S.C. § 1983). Grounds One through Four make allegations resembling civil rights claims (see Petition at 9-20), and Ground Five makes allegations which do not appear to be either habeas or civil rights claims; (2) It is not clear whether Petitioner intended to file the Petition in this Court; (3) Petitioner has failed to identify the proper Respondent, the name of the person having custody of Petitioner; (4) It is unclear whether Petitioner has exhausted in the California Supreme Court each and every claim alleged in the Petition; and (5) Petitioner's claim(s) are noncognizable to the extent that they do not go to the fact of his confinement.  See Preiser v. Rodriguez, 411 U.S. 475, 489 (1973).

(Dkt. No. 3 at 1-2; footnotes omitted).  Given these deficiencies, the Court ordered Petitioner to file, by no later than August 30, 2021, either a First Amended Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 (and provided Petitioner with the proper Central District form), or in the event Petitioner was attempting to file a civil rights action pursuant to 42 U.S.C. § 1983, a Notice of Dismissal form (which

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-05961-CBM (AS) | Date | August 12, 2021 |
|---|---|---|---|
| Title | Mark Steven Sokolsky v. Unknown | | |

the Court attached for Petitioner's convenience) so that Petitioner could then proceed to file a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 on the proper Central District form. (Id. at 2).

On August 10, 2021, Petitioner filed a Response to the Court's July 30, 2021 Order in which he stated his wish to withdraw his pleading because it was filed in this Court by mistake because Petitioner intended the pleading to be filed in the Los Angeles County Superior Court, (Dkt. No. 4), which the Court construes as a request for voluntary dismissal.

Accordingly, the Clerk of the Court is directed to enter Petitioner's voluntary dismissal of the Petition, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED.

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |